Charles M. Fitzgerald, Warrensburg, MO, for respondent.

Before JOSEPH M. ELLIS, Chief Judge, HAROLD L. LOWENSTEIN, Judge and VICTOR C. HOWARD, Judge.

### ORDER

PER CURIAM.

Teresa Clark ("Mother") appeals from a judgment entered in the Circuit Court of Johnson County modifying a previously entered decree dissolving her marriage to Floyd Clark ("Father") and transferring primary physical custody of the couple's only child from Mother to Father. After a

STATE of Missouri, ex rel. MISSOURI HIGHWAYS AND TRANSPORTATION COMMISSION, Defendant,

v.

Abdul G. AKRAM, et al., Respondent;

Dean's Trophies and Engraving, Inc., Respondent;

Carolyn Carra, Appellant.

No. WD 62074.

Missouri Court of Appeals,
Western District.

Nov. 18, 2003.

Joseph R. Borich, III, Overland Park, KS, for Appellant.

Vincent Bates, Kansas City, MO, for Respondent.

John W. Roe, Kansas City, MO, for defendant Dean's Trophies.

John M. Cave, II, Lee's Summit, MO, for Defendant Mo Highway & Trans.

Before HOWARD, P.J.,
LOWENSTEIN and NEWTON, JJ.

**ORDER**

PER CURIAM.

Appellant filed under Section 523.053, RSMo.2000 for share of proceeds with her landlord from proceeds when leased property was condemned. The trial court relied on language in the lease, which stated tenant was not to receive a portion of any proceeds. Judgment affirmed. Rule 84.16(b).